IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3055 |
| v. | ) | |
| | ) | |
| DANIEL WILLIAM ZEIGER, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS ORDERED,

Defendant's oral motion for substance abuse evaluation is granted and Pretrial Services is directed to arrange the evaluation.

DATED this 28th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge