```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
           Plaintiff,           )
                                )           4:05CR3055
     v.                         )
                                )
DANIEL WILLIAM ZEIGER,          )
                                )              ORDER
           Defendant.           )
                                )
```

On the court's own motion,

IT IS ORDERED,

The clerk is directed to remove filing number 29 from the public docket sheet and file it as a sealed pleading.

DATED this 9th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge